UNITED STATES DISTICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index Number: 2:18-CV-06810-NGG-RER
Date Filed: 9/26/2019
Court Date:

ATTORNEY(S) THE JAMES LAW FIRM PLLC   PH: (914) 358-6423
445 HAMILTON AVE. STE. 1102 WHITE PLAINS, NEW YORK 10601 | JACQUELINE M. JAMES

STRIKE 3 HOLDINGS, LLC

*Plaintiff*

vs

John Doe subscriber assigned IP address 67.81.194.219

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

John Savage, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **10/11/2019**, at **8:48 AM** at ▌ Deponent served the within **Summons in a civil Action, Filed First Amended Complaint for Copyright Infringement, First Amended Complaint for Copyright Infringement, Exhibit A with Supporting Documents**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: ▌ Defendant therein named, ( hereinafter referred to as "subject").
By delivering thereat a true copy of each to ▌ **(Wife), a person of suitable age and discretion**.

Said premises is subject's **dwelling house (usual place of abode)** within the state. A description of ▌ is as follows:

**Sex**: Female   **Color of skin**: White   **Color of hair**: Brown   **Age**: 20-35
**Height**: 5ft4in-5ft8in   **Weight**: 131-160 Lbs.   **Other**:

On **October 11, 2019**, service was completed by mailing a true copy of the above stated document(s) to the Defendant, at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on October 14, 2019

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
No. 01R06055503, Qualified in Nassau County
Commission Expires February 26, 2023

Process Server, Please Sign
John Savage
Lic#
Job #: 1938500

Client's File No.:

INTER COUNTY JUDICIAL SERVICES, LLC, 901 NORTH BROADWAY SUITE 18, NORTH WHITE PLAINS NY 10603 LICENSE # 1371771